1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

\* \* \*

5

6

Nia Bond, et al.,

Plaintiffs,

7

v.

8

Lobel Financial, et al.,

9

Defendants.

10

Case No. 2:23-cv-00356-JAD-DJA

**Order**

11      This matter is before the Court on the return of Plaintiff's mail. (ECF No. 4). The Court

12   received notice that Plaintiff's mail was not deliverable. (*Id.*). Plaintiff has listed two similar

13   addresses throughout her filings, one as "4505 South M Land Parkway" (ECF No. 1-1 at 1) and

14   one as "4505 South Maryland Parkway" (ECF No. 1-2 at 3). It appears that Plaintiff's mail was

15   sent to the "M Land Parkway" address. Nonetheless, the Court takes judicial notice that 4505

16   South Maryland Parkway is the address for the University of Nevada, Las Vegas. Without more

17   specification identifying a building, suite, and/or apartment number the Court will be unable to

18   successfully contact Plaintiff. Under Local Rule IA 3-1,

19

20

21

22

23

> An attorney or pro se party must immediately file with the court
> written notification of any change of mailing address, email address,
> telephone number, or facsimile number. The notification must
> include proof of service on each opposing party or the party's
> attorney. Failure to comply with this rule may result in the dismissal
> of the action, entry of default judgment, or other sanctions as
> deemed appropriate by the court.

24      The Court will therefore order Plaintiff to update her address.

25

26   ///

27   ///

28   ///

1      **IT IS THEREFORE ORDERED** that Plaintiff must update her address by **July 10,**

2   **2023.**  Failure to comply with this order may result in a recommendation to the District Judge that

3   this case be dismissed.  The Clerk of Court is kindly directed to mail a copy of this order to the

4   Plaintiff at the below address.

5

6      **Nia Bond**
       4505 South Maryland Parkway
7      Las Vegas, NV 89154

8

9      DATED: June 9, 2023

10     _____
       DANIEL J. ALBREGTS
11     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28