UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Nia Bond, et al., | Case No. 2:23-cv-00356-JAD-DJA |
| Plaintiffs, | |
| v. | **Report and Recommendation** |
| Lobel Financial, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 6). The Court previously received notice that Plaintiff's mail was not deliverable and thus ordered Plaintiff to update her address in compliance with Local Rule IA 3-1 by July 10, 2023. (ECF No. 5). The Court explained that "[f]ailure to comply with this order may result in a recommendation to the District Judge that this case be dismissed." To date, Plaintiff has not updated her address and has not filed anything further into her case. The Court thus recommends dismissal under Local Rule IA 11-8(c) (failure to comply with the Local Rules) and (e) (failure to comply with any order of the Court).

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 4, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE