UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Nia Bond, et al.,

        Plaintiffs

v.

Lobel Financial, et al.,

        Defendants

Case No.: 2:23-cv-00356-JAD-DJA

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 7]

      On October 4, 2023, the magistrate judge ordered plaintiff Nia Bond to update her address in compliance with Local Rule IA 3-1 by July 10, 2023.[1] The plaintiff was warned that her failure to update her address by that deadline would result in a recommendation that this case be dismissed.[2] When Bond did not update her address and filed nothing by that deadline, the magistrate judge entered a report and recommendation that this case be dismissed.[3] Bond had 14 days after being served with that report and recommendation to object, and she neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 5.

[2] *Id.*

[3] ECF No. 7.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

      IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 7] is ADOPTED** in its entirety.  This action **is DISMISSED** without prejudice, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
October 24, 2023